IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Carlos Javier Correa-Oppenheimer, Carlos A. Correa-Rodríguez, and Sandybel Oppenheimer-Arroyo,<br><br>Plaintiffs,<br><br>v.<br><br>Frank Higginbotham, CFK Sports, Inc. (Register No. 312097), and Sadi R. Antonmattei-Goitia,<br><br>Defendants. | Case No. 17-02289-ADC<br><br>TRADEMARK INFRINGEMENT; DAMAGES; DECLARATORY JUDGMENT; BREACH OF CONTRACT<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

COME NOW Carlos J. Correa-Oppenheimer ("Correa-Oppenheimer"), Carlos A. Correa-Rodríguez ("Correa-Rodríguez"), and Sandybel Oppenheimer-Arroyo ("Oppenheimer", jointly "Plaintiffs"), through the undersigned attorneys, and very respectfully STATE, ALLEGE, and PRAY as follows:

1. The parties have agreed to move for voluntary dismissal with prejudice of all their claims and potential counterclaims in the instant case, subject to the terms and conditions of a confidential settlement agreement.

2. Accordingly, the appearing parties request, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the present case be dismissed with prejudice and without the imposition of attorneys' fees, costs and/or interests.

**WHEREFORE**, Plaintiffs respectfully request this Honorable Court, that pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the present case be dismissed with prejudice and

without the imposition of attorneys' fees, costs and/or interests and that the Judgment be issued accordingly.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this 18th day of September of 2018.

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys who have filed appearances in this case.

| | |
|---|---|
| **SEPULVADO, MALDONADO & COURET**<br>**Attorneys for Plaintiffs**<br>304 Ponce de León Ave.<br>Suite 990<br>San Juan, PR 00918<br>Telephone: (787) 765-5656<br>Facsimile: (787) 294-0073 | */s/ Lee R. Sepulvado Ramos*<br>Lee R. Sepulvado Ramos<br>USDC-PR 211912<br>lsepulvado@smclawpr.com<br><br>*/s/ Albéniz Couret Fuentes*<br>Albéniz Couret Fuentes<br>USDC-PR 222207<br>acouret@smclawpr.com<br><br>*/s/ Aníbal J. Núñez González*<br>Aníbal J. Núñez González<br>USDC-PR 230101<br>anunez@smclawpr.com |