**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**CARLOS J. CORREA-OPPENHEIMER, et al.,**
    Plaintiff(s)

    v.                                         **Civil No. 17-2289 (ADC)**

**FRANK HIGGINBOTHAM, et al.,**
    Defendant(s)

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on September 24, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is **HEREBY DISMISSED WITH PREJUDICE** and without the imposition of attorneys' fees, costs and/or interests.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 26th day of September, 2018.

                                                FRANCES RIOS DE MORAN
                                              Clerk of the Court

                                              By: <u>S/Sarah V. Ramón</u>
                                                    Sarah V. Ramón, Deputy Clerk